JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAOR LLC, a Delaware limited liability company.<br><br>      Plaintiff,<br><br>v.<br><br>HOLLYWOOD CASINO CORPORATION, a Delaware Corporation; and DOES 1-10 INCLUSIVE,<br><br>      Defendants. | Case No. CV 13-06528-GW(FFMx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE WITH THE COURT RETAINING JURISDICTION OVER SETTLEMENT AGREEMENT** |

**[PROPOSED] ORDER**

1    Pursuant to the stipulation by and between the parties to this action through their
2 designated counsel, the above-captioned action hereby is dismissed with prejudice pursuant
3 to FRCP 41(a)(1) with the Court retaining jurisdiction over the Settlement Agreement.
4    **IT IS SO ORDERED.**
5
6 Dated: July 30, 2014
7
8                                    *[signature]*
9                                    GEORGE H. WU, United States District Judge